AO 245D (CASD) (Rev. 4/14) Judgment in a Criminal Case for Revocations
  Sheet 1

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | **AMENDED JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | (For **Revocation** of Probation or Supervised Release) |
| RUFINO PERALTA-SANCHEZ | (For Offenses Committed On or After November 1, 1987) |

Case Number: 12CR3370-LAB

SAMUEL L. EILERS, FEDERAL DEFENDERS, INC.
Defendant's Attorney

**REGISTRATION No.** 59748098

THE DEFENDANT:

☐ admitted guilt to violation of allegation(s) No._____

☒ was found in violation of allegation(s) No. ONE_____ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following allegation(s):

| Allegation Number | Nature of Violation |
|---|---|
| 1 | Committed a federal, state or local offense (nv1) |

  Supervised Release   is revoked and the defendant is sentenced as provided in pages 2 through   2   of this judgment.
This sentence is imposed pursuant to the Sentencing Reform Act of 1984.

  IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

AUGUST 8, 2014
Date of Imposition of Sentence

HON. LARRY ALAN BURNS
UNITED STATES DISTRICT JUDGE

AO 245D (CASD) (Rev. 4/14)  Judgment in a Criminal Case for Revocations
Sheet 2 — Imprisonment

Judgment — Page   2   of   2

DEFENDANT: RUFINO PERALTA-SANCHEZ
CASE NUMBER: 12CR3370-LAB

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of
Bureau of Prisons for 10 months to run consecutive to USDC for the Southern District of CA., case no. 14CR1308-LAB

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m.  on _____ .

as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before _____

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

12CR3370-LAB